

FILED

06/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0194

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0194

SERGIO VALDEZ SALAS,

Plaintiff and Appellant,

v.

WENDY'S,

Defendant and Appellee.

FILED

JUN 2 8 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Through counsel, Appellee Wendy's, owned and operated by Wentana, LLC (Wendy's), moves this Court for dismissal of this appeal. Self-represented Appellant Sergio Valdez Salas (Sergio) has not filed a response.

Wendy's seeks dismissal because Sergio does not appeal a final judgment and his appeal is untimely. Wendy's explains that in May 2021, Sergio filed a complaint, alleging unlawful discrimination, in the Yellowstone County District Court. It states that Wendy's moved for dismissal, pursuant to M. R. Civ. P. 12(b)(1), because the District Court did not have subject matter jurisdiction over Sergio's claims of discrimination since Sergio had not exhausted his remedies under the Montana Human Rights Act. Wendy's puts forth Sergio did not respond to the motion then and that the court granted the motion in July 2021. Wendy's further states that the court dismissed Sergio's complaint without prejudice on July 15, 2021. Wendy's concludes that Sergio's appeal of an April 11, 2022 court Order denying his request for a hearing is untimely and not a final judgment for an appeal. M. R. App. P. 4(1)(a), 6(3), and 4(5)(a)(i).

We agree. Sergio's underlying matter before the District Court was premature because Sergio had not waited until a final decision from the Montana Human Rights Act before seeking relief in the District Court. His appeal is not properly before this Court either. Therefore,

IT IS ORDERED that Wendy's Motion to Dismiss Appeal is GRANTED and this appeal is DISMISSED without prejudice.

The Clerk is directed to provide this Order to counsel of record and to Sergio Valdez Salas personally.

DATED this 28 day of June, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

2